UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America
                         Government,

          -against-

Samuel Turner
                       Defendant(s)
----------------------------------------------------------X

**MEDICAL ATTENTION FORM**

Before Judge : **Paul E. Davison, U.S.M.J**

Case Number: 15Cr 509 (CS)

## TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:

The defendant has been remanded to the custody of the U.S. Marshals; in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed. The Court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

The defendant is requesting medical attention: **apply universal precautions.**

Dated: August 4, 2015
White Plains, NY

SO ORDERED:

_____
Paul E. Davison
United States Magistrate Judge