UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    United States of America,

                                                 **NOTICE OF HEARING**

              -against-

                                               7:15-CR-00509 (CS) (8)

    Samuel Turner,
                      Defendant(s).
------------------------------------------------------------------X

A Violation of Supervised Release hearing is scheduled for **January 8, 2021 at 9:00 a.m. (via Skype for Business)**.

The Skype call-in number to access via audio only is **(917) 933 – 2166** and the conference ID is **95975927#**

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

All non-participants of this proceeding are directed to mute their phones.


                                                        /s/ Walter Clark, Courtroom Deputy


Dated:   January 5, 2021
             White Plains, New York