# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick
———
Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

The parties' proposal makes sense, but just so we don't
lose track of the case, the VOSR is adjourned to
5/4/21 at 10 am.  Presumably by that time the new
case will have been wheeled out and the VOSR
reassigned if necessary, but if not, we will address the
VOSR then.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

**VIA ECF**
The Honorable
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

March 9, 2021

3/10/21

**Re:     United States v. Samuel Turner**
**Case No.:  15-cr-00509-CS**

Dear Honorable Judge Seibel:

The parties are very close to working out a resolution of Mr. Turner's new arrest. He is scheduled to appear before Your Honor on March 23rd, 2021 for a Status Conference on his Violation of Supervised Release (VOSR). Given our current status on Mr. Turner's new arrest, we respectfully request that his VOSR be adjourned.

After being arraigned on the new matter (assuming Mr. Turner is not wheeled to Your Honor), we respectfully request that we be allowed to seek permission to have the Judge who the matter is wheeled to handle the VOSR as well.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/ad

Cc:  Probation Officer Lerman, jason_lerman@nysp.uscourts.gov
      AUSA Keenan, lindsey.keenan@usdoj.gov